IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS W. FLAUGHER,

    Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF MOTOR VEHICLES,

    Defendant.

/

No. C 17-04886 WHA

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

On August 23, plaintiff Douglas Flaugher, proceeding pro se, brought this action against the California Department of Motor Vehicles based on allegations that the DMV provided him with a fraudulent driver's license. Flaugher also filed an application to proceed in forma pauperis and a motion to appoint counsel (Dkt. Nos. 3–4). On August 28, Magistrate Judge Donna Ryu granted Flaugher's application to proceed in forma pauperis (Dkt. No. 5). On October 18, Judge Ryu filed a report and recommendations to dismiss this action with leave to amend and to deny the motion to appoint counsel without prejudice (Dkt. No. 9). This action was then reassigned to the undersigned judge. Any objections to Judge Ryu's report and recommendations were due by November 1. As of the date of this order, Flaugher still has not filed any objection.

The Court has reviewed and hereby **ADOPTS IN FULL** Judge Ryu's report and recommendations. Accordingly, Flaugher's motion to appoint counsel is **DENIED** without prejudice and this action is **DISMISSED**. Flaugher may file an amended complaint by **DECEMBER 6 AT NOON**.

**IT IS SO ORDERED.**

Dated: November 15, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE